# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR282** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHRISTINA M. HAIDLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Temporary Release from Custody (Filing No. 44). The motion is supported by a brief (Filing No. 45).

After carefully considering the motion in light of the June 6, 2005, resentencing hearing, the motion is denied.

IT IS ORDERED that the Defendant's Motion for Temporary Release from Custody (Filing No. 44) is denied.

DATED this 27th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge